**MITCHELL REED SUSSMAN** #75107
1053 S. Palm Canyon Dr.
Palm Springs, Ca. 92264
Phone (760) 325 - 7191

Attorney for Plaintiffs

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT

| | |
|---|---|
| **Woodward Drake, Joann Drake,** | No.8:19-cv-01668-DOC(DFMx) |
| Plaintiffs, | ORDER ON STIPULATION TO REMAND REMOVED ACTION |
| vs. | |
| **Wyndham Resort Development Corporation, Wyndham Worldwide Operations, Inc., DOES 1 - 10, inclusive;** | |
| Defendants. | |

-1-

**Order on Stipulation to Remand**

**ORDER**

On September 20, 2019, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The parties stipulation is approved;
2. Central District of California case no. 8:19-cv-01668-DOC-DFM *Drake v. Wyndham etc. et al.* is hereby remanded to the Orange County Superior Court.

**IT IS SO ORDERED.**

Date: Sept. 20, 2019

*David O. Carter*
David O. Carter
U.S. District Judge

**Order on Stipulation to Remand**